UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHIVA STEIN,

                              Plaintiff,

      -v -

COVETRUS, INC., *et al.*,

                            Defendants.

22-CV-5737 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    This action was filed on July 6, 2022. (Dkt. Nos. 1-3.) The docket does not indicate that Plaintiff has served Defendants. Rule 4(m) of the Federal Rules of Civil Procedure requires a defendant to be served with the summons and complaint within ninety days after the complaint is filed.

    Plaintiff is directed to advise the Court in writing why she has failed to serve the summons and complaint on Defendants within the ninety-day period, or, if Defendants have been served, when and in what manner such service was made. If no written communication is received by October 24, 2022, showing good cause why such service was not made within ninety days, the Court will dismiss the case.

    SO ORDERED.

Dated: October 17, 2022
       New York, New York

                                                  _____
                                                       J. PAUL OETKEN
                                                   United States District Judge